```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
```
GURAMRIT HANSPAL,

                Plaintiff,         **JUDGMENT**
                                            CV 18-3875 (DRH)(ARL)

- against -

JASON EPSTEIN and DIAMOND RIDGE
PROPERTIES,

                Defendants.
```
----------------------------------------------------------X
```

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on September 20, 2019; granting Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); declining to exercise jurisdiction over Plaintiff's remaining injunction requests; denying Plaintiff's request for default judgment; denying Plaintiff's request for sanctions; and directing the Clerk of Court to enter judgment and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Guramrit Hanspal take nothing of Defendants Jason Epstein and Diamond Ridge Properties; that Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted; that the Court declines to exercise jurisdiction over Plaintiff's remaining injunction requests; that Plaintiff's request for default judgment is denied; that Plaintiff's request for sanctions is denied; and that this case is closed.

Dated: September 23, 2019
       Central Islip, New York

                                                                         DOUGLAS C. PALMER
                                                                         CLERK OF THE COURT
                                                                           By: /s/ James J. Toritto
                                                                            Deputy Clerk